UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRAND ASSOCIATES, LLC,

                 Plaintiff,

-against-

4D SIGHT, INC.,

                 Defendant.

24-CV-03258 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Defendant 4D Sight, Inc. appears to be in default in this action. It is hereby ORDERED that Plaintiff file a motion for default judgment in accordance with the Court's Individual Rules & Practices by no later than **July 19, 2024**.

    If Plaintiff's counsel submits calculations in support of the motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

    Plaintiff shall serve a copy of this Order electronically and/or by first-class mail and/or by in-person service on Ms. George **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

    The Initial Pretrial Conference scheduled for June 27, 2024 is hereby ADJOURNED *sine die*.

Dated: June 21, 2024
       New York, New York

                                      SO ORDERED.

                                      MARGARET M. GARNETT
                                      United States District Judge