UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GRAND ASSOCIATES, LLC,

                Plaintiff,

    -against-                                    24 **CIVIL** 3258 (MMG)

                                                        **JUDGMENT**

4D SIGHT, INC.,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 8, 2025, Defendant's Motion to Dismiss the Amended Complaint is GRANTED.; accordingly, the case is closed.

**Dated:** New York, New York

      August 8, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                      BY:

                                                        **Deputy Clerk**